UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATE OF AMERICA | CRIMINAL NO. 11-CR-868 |
| V. | RECOGNIZANCE NO. NEW3945 |
| JAMES TURNER | CONSENT DECREE FOR RETURN OF BALANCE OF DEPOSIT OF BAIL |
| Defendant | |

The above-captioned Defendant having deposited three hundred thousand dollars ($300,000) bail with the United States District Court for the District of New Jersey and the Court having returned two hundred seventy five thousand dollars ($275,000) and having applied twenty five thousand ($25,000) to the fine owed by Defendant as per the order filed on August 2, 2012, and the parties now stipulating and agreeing that the twenty five thousand dollars ($25,000) that was applied to Defendant's fine shall be released to Defendant and Defendant shall use those funds to pay upon his Consent Judgment with the United States Securities & Exchange Commission in United States District Court District of New Jersey Case No. 2:11-cv-05020-DMC-JAD. The parties agree that Defendant shall make payment upon his fine in this matter consistent with the terms of the Judgment entered in this matter on April 16, 2012.

Paul J. Fishman
United States Attorney

Dated: ~~August~~ ___, 2012    By: _____
Jordan M. Anger
Assistant United States Attorney
United States Attorney's Office
970 Broad Street, Suite 700
Newark, NJ 07102
973-645-2829 (direct dial)
973-297-2010 (facsimile)
Jordan.Anger@usdoj.gov

BUSH LAW OFFICES, PLLC

Dated: August 7, 2012    By: _____
Joseph S. Bush
Attorney for Defendant
318 Houston Ave., Ste. 105
Muskegon, MI 49441
231-760-4490 (main telephone)
888-702-0295 (facsimile)
joebushlaw@gmail.com

IT IS SO ORDERED that Defendant's fine remains outstanding consistent with the terms herein and the sum of twenty five thousand dollars ($25,000) be returned to James Turner, 319 6th Street, Traverse City, MI 49684.

_____
JEROME B. SIMANDLE, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Sept. 10, 2012